## DIAMOND PLATE GLASS COMPANY ET AL. v. COVALT ET AL.

[No. 5,582.   Filed June 8, 1906.]

From Grant Superior Court; B. F. Harness, Judge.

Suit by Deborah Covalt and others against the Diamond Plate Glass Company and others.   From a decree for plaintiffs, defendants appeal.  Affirmed.

Blacklidge, Shirley & Wolf and Bell & Purdum, for appellants.
B. C. Moon, for appellees.

MYERS, J.—The errors assigned and argued in the brief of counsel for appellants in this case are the same as those considered and decided in Diamond Plate Glass Co. v. Knote (1906), ante, 20, and upon the authority of that case the judgment of the trial court is affirmed.

## CINCINNATI, RICHMOND & MUNCIE RAILROAD ET AL. v. TROUTMAN ET AL.

[No. 5,439.   Filed January 2, 1906.   Rehearing denied April 19, 1906.   Transfer denied June 19, 1906.]

From Miami Circuit Court; Joseph N. Tillett, Judge.

Action by Andrew Troutman and another against the Cincinnati, Richmond & Muncie Railroad and another.   From a judgment for plaintiffs, defendants appeal.  Affirmed.

Robbins & Starr and Loveland & Loveland, for appellants.
Cox, Reasoner & O'Hara and Albert Ward, for appellees.

BLACK, P. J.—The material questions in this case were decided adversely to the appellants in Cincinnati, etc., Railroad v. Miller (1905), 36 Ind. App. 26, and upon the authority of that case the judgment herein is affirmed.